# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RIDEWAY EXPRESS, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-2027 |
| | : | |
| **HAWKEYE TRANSPORTATION SERVICES, INC., HAWKEYE TRANSPORT, LLC** | : | |

# ORDER

**AND NOW**, this 9th day of October 2025, upon considering defendant Hawkeye Transportation Services, Inc.'s motion to dismiss (DI 25), plaintiff's response (DI 27), defendant's reply (DI 28), defendant Hawkeye Transport, LLC's motion to dismiss (DI 26), plaintiff's response (DI 29), defendant's reply (DI 30), following oral argument held on October 3, 2025, and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motions to dismiss (DI 25, 26) are **GRANTED** and the Clerk of Court shall **close** this case.

_____
MURPHY, J.